**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDGAR L. GUINTHER
ADC #100017                                                                                          PLAINTIFF

V.                                         5:10CV00139 JMM/JTR

J. BANKS, Warden, Tucker Unit, et al.                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. Based upon the Plaintiff's new claims raised in the objections, the Court rejects the Partial Recommended Disposition. The Clerk is directed to file a copy of the Objections as a Second Amended Complaint, and to serve it on all Defendants.

IT IS THEREFORE ORDERED that:

1. The Clerk is directed to prepare a summons for Defendant Banks, Williams and Norris and the U.S. Marshal is directed to serve the summons, the Complaint, the Amended Complaint, the Second Amended Complaint and this Order on them through the ADC Compliance Division, without prepayment of fees and costs or security therefor.[1]

2. The Clerk is directed to prepare a summons for Defendant Rectenwald, and the U.S. Marshal is directed to serve the summons, the Complaint, Amended Complaint, the Second Amended Complaint and this Order on him through the Humphries and Lewis law firm, without

---

[1] If Defendant Banks is no longer an ADC employee, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** Statement providing his last known private mailing address.

prepayment of fees and costs or security therefor.[2]

Dated this 7th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[2] If Defendant Rectenwald is no longer a CMS employee, the Humphries and Lewis law firm shall file, with the return of unexecuted service, a **SEALED** Statement providing his last known private mailing address.