IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDGAR L. GUINTHER**
**ADC #100017**                                                                                     **PLAINTIFF**

**V.**                                  **5:10CV00139 JMM/JTR**

**JAMES BANKS,**
**Former Warden, Tucker Unit, et al.**                                               **DEFENDANTS**

## ORDER

Pending is the Plaintiff's Motion to Alter or Amend the Judgment.  The Court has reviewed the Plaintiff's motion and the record in this case.  Plaintiff has failed to present any new information, evidence, or legal basis which would require the Court to reconsider the Judgment entered on March 30, 2011 dismissing this case.  Therefore, Plaintiff's Motion (Docket # 138) is DENIED.

IT IS SO ORDERED this 10th day of May, 2011.

James M. Moody
United States District Judge